IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

RICHARD C. EATON
GLADA S. EATON

CASE NO. 09-38293-W

JUDGE MARY ANN WHIPPLE

William L. Swope, Trustee
221 South Main Street
Findlay, Ohio 45840
(419) 422-0288
Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
| --- | --- |
| HEART INSTITUTE OF NW OHIO<br>951 COMMERCE PKWY STE 100<br>Lima, OH 45804 | $ 0.68 |
| | $ 0.68 |

A check for $2.09 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: May 9, 2011

William L. Swope
Trustee